## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Kenneth D. Townsend

                      Plaintiff,

v.                                            Case No.: 1:18−cv−08274
                                            Honorable Rebecca R. Pallmeyer

Thomas Dart, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 11, 2019:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion hearing held. Plaintiff's motion to compel Defendants to produce documents and set deposition dates [23] is granted. Defendants shall respond to Plaintiff's document requests and to propose deposition dates by 7/22/19. Status hearing remains set for 7/31/19 at 9:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.